SULLIVAN HILL REZ & ENGEL, APLC
  Gary B. Rudolph, SBN 101921
  James P. Hill, SBN 90478
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700, San Diego, California 92101
Telephone: (619) 233-4100; Fax No.: (619) 231-4372
Proposed Counsel to Leonard J. Ackerman, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VENTURE HEMP WINTER, LLC,<br><br>        Debtor. | CASE NO.: 23-00417-MM7<br><br>Chapter 7<br><br>**REQUEST FOR SPECIAL NOTICE** |

      PLEASE TAKE NOTICE that Sullivan Hill Rez & Engel, APLC ("Sullivan Hill"), requests that notice of all events relevant to the above-captioned bankruptcy case, and copies of all notices, pleadings and other documents filed in this case, including all pleadings or notices to be given under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on it as follows:

      Gary B. Rudolph, Esq.
      SULLIVAN HILL REZ & ENGEL,
      A Professional Law Corporation
      600 B Street, Suite 1700
      San Diego, CA 92101
      rudolph@sullivanhill.com;
      bkstaff@sullivanhill.com

      In addition, Sullivan Hill, requests that it be added to the Master Mailing Matrix in this case and receive notice of all proceedings in this matter.

/ / /

/ / /

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by Sullivan Hill, of any:

    a. Right to have any final orders in any non-core matters entered only after *de novo* review by a United States District Court Judge;

    b. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution.

    c. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

    d. Other rights, claims, actions, defenses, set-offs, recoupments or other matters to which this party in interest is entitled under any agreements, at law or in equity, or under the United States Constitution.

Sullivan Hill expressly reserves all the rights listed above. Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to authorize service of process upon Sullivan Hill as agents for Leonard J. Ackerman, Chapter 7 Trustee.

Dated: March 21, 2023        SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/Gary B. Rudolph*
     Gary B. Rudolph
     Proposed Counsel to Leonard J. Ackerman, Chapter 7 Trustee